IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KARI J. JAQUES, an Individual, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3102 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ALLTEL COMMUNICATIONS, INC., a | ) | ORDER |
| Delaware Corporation, and ALLTEL NEBRASKA | ) | |
| INC., a Delaware Corporation, and ALLTEL | ) | |
| COMMUNICATIONS OF NEBRASKA, INC., a | ) | |
| Nebraska Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P. 26(f)</u> and, by June 6, 2005, file their Report of Parties' Planning Conference.

DATED     May 17, 2005

<u>/s/   David L. Piester</u>
United States Magistrate Judge