IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KARI J. JAQUES,                  )
                                 )
            Plaintiff,           )              4:05CV3102
                                 )
        v.                       )
                                 )
ALLTEL COMMUNICATIONS, INC.,     )              ORDER
ALLTEL NEBRASKA, INC., and       )
ALLTEL COMMUNICATIONS OF         )
NEBRASKA, INC.,                  )
                                 )
            Defendants.          )
_____)


        IT IS ORDERED:

        The parties' joint motion to continue, filing 11, is granted
and the deadline for filing the Rule 26 report of the parties'
planning conference is extended to July 5, 2005.

        DATED this 7th day of June, 2005.

                            BY THE COURT:

                            s/ David L. Piester
                            David L. Piester
                            United States Magistrate Judge