```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

KARI J. JAQUES,                )
                               )
          Plaintiff,           )        4:05CV3102
                               )
     v.                        )
                               )
ALLTEL COMMUNICATIONS, ALLTEL  )        ORDER
NEBRASKA, and ALLTEL           )
COMMUNICATIONS OF NEBRASKA,    )
                               )
          Defendants.          )
                               )

This matter is before the court *sua sponte*. On October 6, 2005 the parties were ordered to report to the office of the undersigned by letter or telephone call no later than 30 days after the filing of the progression order regarding the parties' mediation plans. See the court's Order Setting Schedule for Progression of Case, filing 21. No such report has been received.

IT THEREFORE HEREBY IS ORDERED,

Counsel for the parties shall, on or before December 28, 2005, report to the court in accordance with paragraph 12 of the Order Setting Schedule for Progression of Case, or alternatively show cause why sanctions should not be imposed.

DATED this 13th day of December, 2005.

                         BY THE COURT:

                         s/ *David L. Piester*
                         David L. Piester
                         United States Magistrate Judge