```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| KARI J. JAQUES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3102 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLTEL COMMUNICATIONS, ALLTEL NEBRASKA, and ALLTEL COMMUNICATIONS OF NEBRASKA, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Counsel having now shown cause, the order of December 13, 2005, filing number 22, is withdrawn.

DATED this 19th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge