IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARI J. JAQUES, an Individual,                )<br><br>Plaintiff,        )<br><br>v.              )<br><br>ALLTEL COMMUNICATIONS, INC.,    )<br>a Delaware Corporation, and    )<br>ALLTEL NEBRASKA, INC., A    )<br>Delaware Corporation, and    )<br>ALLTEL COMMUNICATIONS OF    )<br>NEBRASKA, INC., a Nebraska    )<br>Corporation,        )<br><br>Defendants.     ) | 4:05CV3102<br><br><br>ORDER |

IT IS ORDERED:

Plaintiff's motion to dismiss, filing 24, is granted and this action is dismissed as to all defendants, without prejudice at plaintiff's cost.

DATED this 25th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge